1  MICHELLE A. CHILDERS (SBN #197064)
   michelle.childers@dbr.com
2  AMY P. FRENZEN (SBN #245368)
   amy.frenzen@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:     (415) 591-7500
5  Facsimile:     (415) 591-7510

6  Attorneys for Defendants
   CENTOCOR ORTHO BIOTECH INC., erroneously
7  served and sued herein as CENTOCOR, INC., and
   JOHNSON & JOHNSON

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

| | |
|---|---|
| 13  STEPHEN WENDELL & LISA WENDELL, his wife, for themselves and as successors in interest to MAXX WENDELL, deceased,<br><br>          Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON ET AL,<br><br>          Defendants. | Case No. 4:10-cv-04735-CW<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br><br><br>Amended Complaint: June 10, 2010<br>Judge:  Honorable Claudia Wilken |

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION OF DISMISSAL
SF01/ 727800.4                                          CASE NO. 4:10-CV-04735-CW

1

**STIPULATION**

2    WHEREAS, this action was filed in the United States District Court for the District of

3    New Jersey on July 2, 2009 (hereinafter "Wendell II");

4    WHEREAS, on October 13, 2010, the district court in New Jersey ordered that Wendell II

5    be transferred to the United States District Court for the Northern District of California;

6    WHEREAS, on December 1, 2010, plaintiffs Stephen Wendell and Lisa Wendell, for

7    themselves and as successors-in-interest to Maxx Wendell (hereinafter "Plaintiffs") moved to

8    deem Wendell II related to a case already pending in the Northern District, *Wendell v. Johnson &*

9    *Johnson et. al.*, Case No. 09-04124-CW (hereinafter "Wendell I");

10   WHEREAS, all parties agree to proceed with a single case, Wendell I, rather than proceed

11   with both cases;

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION OF DISMISSAL
SF01/ 727800.4                    - 2 -                    CASE NO. 4:10-CV-04735-CW

1

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

2

      1.    The above-captioned action be and hereby is dismissed pursuant to Federal Rule of

3

Civil Procedure 41(a)(1).

4

5

      */s/ Kevin Haverty*                     */s/ Andrew P. Bautista*

6

Kevin Haverty (*pro hac vice*)            Andrew P. Bautista (*pro hac vice*)
WILLIAMS CUKER BEREZOVSKY      KIRKLAND & ELLIS LLP
Woodland Falls Corporate Park         300 North LaSalle

7

210 Lake Drive East, Suite 101        Chicago, Illinois 60654
Cherry Hill, NJ 08002               *Counsel for Abbott Laboratories*

8

*Counsel for Plaintiffs*

9

10

    */s/ Prentiss W. Hallenbeck, Jr.*        */s/ Michelle A. Childers*

Prentiss W. Hallenbeck, Jr. (*pro hac vice*)   Michelle A. Childers
ULMER & BERNE LLP             DRINKER BIDDLE & REATH LLP

11

600 Vine Street, Suite 2800         50 Freemont Street, 30th Fl.
Cincinnati, OH 45202             San Francisco, CA 94105

12

*Counsel for Par Pharmaceutical, Inc.*    *Counsel for Centocor Ortho Biotech, Inc. and
Johnson & Johnson*

13

14

    */s/ Prentiss W. Hallenbeck, Jr.*        */s/ William A. Hanssen*

Prentiss W. Hallenbeck, Jr. (*pro hac vice*)   William A. Hanssen

15

ULMER & BERNE LLP             DRINKER BIDDLE & REATH LLP
600 Vine Street, Suite 2800         333 South Grand Ave., Ste. 1650

16

Cincinnati, OH 45202             Los Angeles, CA 90071-1504
*Counsel for Teva Pharmaceuticals USA, Inc.*  *Counsel for SmithKline Beecham Corporation

17

d/b/a GlaxoSmithKline*

18

19

20

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22

Dated: **2/3/2011**

23

                            CLAUDIA WILKEN
                            United States District Judge

24

25

26

27

28

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

      I, Michelle A. Childers, am the ECF user whose ID and password are being used to file

3

this JOINT STIPULATION OF DISMISSAL. In compliance with General Order 45, X.B., I

4

hereby attest that the following attorneys have concurred in this filing: Kevin Haverty, counsel for

5

Plaintiffs; Prentiss W. Hallenbeck, Jr., counsel for Teva Pharmaceuticals USA, Inc., and Par

6

Pharmaceutical, Inc.; William A. Hanssen, counsel for SmithKline Beecham Corporation; and

7

Andrew P. Bautista, counsel for Abbott Laboratories.

8

9

                                          ____*/s/ Michelle A. Childers*____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION OF DISMISSAL
SF01/ 727800.4

- 4 -

CASE NO. 4:10-CV-04735-CW